UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONNA HUTCHINSON,<br><br>   Plaintiff,<br><br>  v.<br><br>CODY WILLIAMS,<br><br>   Defendant. | Case No. 24-cv-06268-SK<br><br>**SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Laurel Beeler to determine whether it is related to *Hutchinson v. Williams*, Case No. 24-cv-6221-LB.

**IT IS SO ORDERED**.

Dated: September 6, 2024

_____
SALLIE KIM
United States Magistrate Judge