UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONNA HUTCHINSON,<br>    Plaintiff,<br>v.<br>CODY WILLIAMS,<br>    Defendant. | Case No. 24-cv-06221-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS**<br><br>Re: Dkt. No. 8 |
| LEONNA HUTCHINSON,<br>    Plaintiff,<br>v.<br>CODY WILLIAMS,<br>    Defendant. | Case No. 24-cv-06268-HSG<br><br>Re: Dkt. No. 10 |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation to Dismiss. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that both cases are dismissed with prejudice. The Clerk is directed to enter judgment in both cases in favor of Defendant and against Plaintiff, and close both files.

**IT IS SO ORDERED.**

Dated: October 17, 2024

HAYWOOD S. GILLIAM, JR.
United States District Judge